RECEIVED
IN LAKE CHARLES, LA

JUL 20 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WARDELL JONES #454554 | : | DOCKET NO. 2:10 CV859 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| PRISCILLA PITRE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be DENIED and DISMISSED without prejudice for failure to exhaust administrative remedies.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 19 day of July, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE